Lillian Safran, Plaintiff-Appellee, v. Replogle
Globes, Inc., et al.
On Appeal of Luther I. Replogle, as Trustee of
Replogle Globes, Inc. Employees' Profit Sharing
and Retirement Trust, Defendant-Appellant.

Gen. No. 48,183.

First District, Third Division.

April 26, 1961.

Rehearing denied June 28, 1961.

Shorey, Shorey & Floberg, of Chicago
(Clyde E. Shorey, Clyde E. Shorey, Jr., and Frederic O. Floberg,
of counsel) for appellant; Jacob N. Gross, of Chicago, for ap-
pellee. Opinion by JUSTICE McCORMICK. **Not to be published
in full.**